1  **WO**

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**

7            **FOR THE DISTRICT OF ARIZONA**

8

9  United States of America,                    No. CR-19-08118-002-PCT-DMB

10            Plaintiff,                         **ORDER**

11  v.

12  Mike Joe Haskie,

13            Defendant.

14

15        Defendant appeared in court with counsel.  Pursuant to 18 U.S.C. § 3141 et. seq. a

16  detention hearing was held.   The defendant is ordered detained pending an intake

17  assessment for placement at Crossroads in Phoenix, Arizona or other facility as designated

18  by Pretrial Services.  Should defendant qualify for such placement, defendant shall be

19  released upon conditions set by this Court, including pretrial residency at said facility, as

20  conditions do exist which would reasonably assure the safety of others and the appearance

21  of the defendant.  Should defendant not so qualify, the release conditions set by this Court

22  shall be vacated and defendant shall be detained pending trial as there are no conditions or

23  combination of conditions which would reasonably assure the safety of others or the

24  appearance of the defendant.

25        The Pretrial Services Officer is ordered to timely notify this Court of the defendant's

26  intake assessment results, and if found acceptable, the date and time the

27  //

28  //

1  facility will provide transportation from the Sandra Day O'Connor Courthouse for the
2  defendant.

3      Dated this 24th day of July, 2019.

Honorable Leslie A. Bowman
United States Magistrate Judge